IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GJM, LLC, et al. | : |
| Plaintiffs | : |
| v. | : CASE NO. AMD-00-CV-0068 |
| DAVID B. HERTZOG, et al. | : |
| Defendants | : |

### ORDER GRANTING EXTENSION OF TIME IN WHICH TO FILE OPPOSITION TO MOTION TO DISMISS

Upon consideration of Plaintiffs' Motion for Extension of time in which to file an opposition and supporting materials to the pending Motion to Dismiss, and the request having been agreed to by Defendants, it is this ___2nd___ day of February, 2000, hereby

**ORDERED** that the Motion for Extension of Time is hereby **GRANTED**, and that the Plaintiffs shall have until February 15, 2000 to file their opposition and supporting materials to the Motion to Dismiss.

                                                                                   _____
                                                                                   The Honorable Andre M. Davis
                                                                                   Senior Judge, United States District Court

**Serve:**

Thomas McCarthy, Jr., Esquire
**McCARTHY & McCARTHY, L.L.C.**
135 Gorman Street
Annapolis, Maryland 21401

Steven J. Rotunno, Esquire
**KUBASIAK, CREMEIUX, FYLSTER, REIZEN & ROTUNNO, P.C.**
Two First National Plaza, 29th Floor
20 South Clark Street
Chicago, Ill 60603
*Continued:*