IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GJM, L.L.C., et al.,
    Plaintiffs

v.                                                       CIVIL NO. AMD 00-68

DAVID B. HERTZOG, et al.,
    Defendants

...o0o...

ORDER

In accordance with the foregoing Memorandum, it is this 14th day of March, 2000, by the United States District Court for the District of Maryland, ORDERED

(1)    That the defendants' motion to dismiss is GRANTED; and it is further ORDERED

(2)    That this case is DISMISSED WITHOUT PREJUDICE FOR LACK OF PERSONAL JURISDICTION; and it is further ORDERED

(3)    That the Clerk shall CLOSE THIS CASE and TRANSMIT a copy of this Order and the foregoing Memorandum to the attorneys of record.

_____
ANDRE M. DAVIS
United States District Judge