IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GJM, L.L.C., et al.,<br>Plaintiffs | : |
| v. | : CIVIL NO. AMD 00-68 |
| DAVID B. HERTZOG, et al.,<br>Defendants | : |

...oOo...

## ORDER

Plaintiffs' Motion to Reinstate Case, etc., having been read and considered, it is this 19th day of July, 2000, by the United States District Court for the District of Maryland,

ORDERED

(1)  That the motion is DENIED; and it is further ORDERED

(2)  That the Clerk shall TRANSMIT a copy of this Order to the attorneys of record.

_____
ANDRE M. DAVIS
United States District Judge